# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | Case No.  1:25-cv-01247-FRS (BAM) (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AS A NON-PRISONER |
| v. | |
| PETERSON, et al., | (ECF No. 2) |
| Defendants. | |

Plaintiff Lance Williams ("Plaintiff") is a former state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 22, 2025, Plaintiff filed a motion to proceed *in forma pauperis* by a non-prisoner.  (ECF No. 2.)  Examination of Plaintiff's application reveals that Plaintiff is unable to afford the costs of this action.  Accordingly, the motion to proceed *in forma pauperis*, (ECF No. 2), is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:    **January 13, 2026**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

1